IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THOMAS FEDESNA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-cv-00546-RP |
| THE CANADA LIFE ASSURANCE COMPANY, | § § § | |
| | § | JURY DEMAND |
| Defendant. | § | |

JOINT ADR REPORT

**1.   Status of settlement negotiations**

Tom Fedesna submitted to Canada Life a written offer of settlement on February 12, 2019. Tom Fedesna previously submitted to Canada Life a presentment letter under Texas Civil Practice and Remedies Code Chapter 38. Canada Life made a counter-offer on March 22, 2019.

**2.   Persons responsible for settlement negotiations**

Plaintiff — Tom Fedesna, with assistance from his legal counsel

Defendant — Negotiations for Canada Life will be handled by its in-house legal counsel.

**3.      ADR**

The parties do not believe that court-ordered ADR is appropriate in this case. They believe that the best prospect for settlement is through informal negotiations and, only if both parties agree to same, mediation.

Respectfully submitted,

By: */s/ Amy Gibson*  By: */s/ Lance Clack*

    Amy E. Gibson      Andrew G. Jubinsky
    Texas State Bar No. 00793801      Texas Bar No. 11043000
    andy.jubinsky@figdav.com

Gibson Wiley PLLC      Lance V. Clack
1500 Jackson Street #109      Texas Bar No. 24040694
Dallas, Texas 75201      lance.clack@figdav.com
T: (214) 522-2121
F: (214) 522-2126  FIGARI + DAVENPORT, LLP
E: amy@gwfirm.com  901 Main Street, Suite 3400
Dallas, Texas 75202
ATTORNEYS FOR TOM FEDESNA  (214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT